IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK WILLIAMS | : | CIVIL ACTION |
| | : | NO. 04-3457 |
| v. | : | |
| | : | CRIMINAL ACTION |
| UNITED STATES OF AMERICA | : | NO. 94-462-1 |

O R D E R

AND NOW, this 28th day of January, 2005, it is ORDERED that the Clerk's Office shall endeavor to appoint an attorney to represent DERRICK WILLIAMS from the volunteer panel approved by the Court pursuant to the Prisoners' Civil Rights Panel Program.

BY THE COURT:

s/Berle M. Schiller
Berle M. Schiller, J.