In The United States District Court
For The Eastern District of Pennsylvania

United States v.                    Criminal No.
                                    94-00462-1
Derrick Williams

                                    Honorable Judge Schiller

Request For Sentencing
Under The Fair Sentencing Act Pursuant
To 18 U.S.C. 3582(C)

This Petitioner humbly seek a sentencing modification according to the Fair Sentencing Act, and according to the reason given by the Honorable Judge Merritt in the Sixth Circuit opinion in United States v. Blewett, 6th Cir. No. 12-5226. Petitioner humbly request that the Court appoint him Counsel in this matter.

6/19/2013

                                    Submitted by
                                    Derrick Williams #48426066
                                    FCI Victorville Med. 2
                                    Adelanto, Ca 92301