8-3-15

Derrick Williams #BJ2600
SCI Waymart
P.O. Box 256
Waymart, Pa 18472-0256
July 29, 2015

United States Probation Department
Eastern District of Pennsylvania Ronald DeCastro
William J. Green, Jr. Federal Bldg., 600 Arch
Street, Room 2400, Philadelphia, Pa 19106-1797

Re: United States v. Derrick Williams
Case No. 2:94-CR-00462
BOP Inmate No. 48426-066

To Whom it May Concern
    I am writing this letter, out of deep
concern as to why, and under whose orders
and authority for which I am not currently
serving my Federal Probation. Which I am
suppose to be currently serving after the com-
pletion of my Federal Prison confinement
which ended on 11/10/15.
The Bureau of Prisons ordered the Honorable
Jay C Waldman sentence (now under Berle
M. Schiller) to run concurrent with the origi-
nal state sentence under the Pennsylvania
Board of Probation, and Parole (see enclosed
the Boards Warrant to Commit and detain
dated September 15, 1994) for which I was un-
der primary jurisdiction of the state serving,
which expired on August 7, 1996, by way of
the Nunc Pro Tunc designation under 3621 (b)

somehow an error was committed because the Nunc Pro Tunc designation order was not respected by Parole Board or the Department of Corrections nor the federal probation department. This error has caused me to be illegally detain, and my federal sentence ordered by Judge Waldman to not be faithfully carried out. The sentence that Judge Waldman handed down was not ordered to be served in installments, after my release from my federal confinement, I was ordered to serve 5 years of supervise probation after my confinement time for which I should now be serving.

My question is who is responsible for the interruption of Judge Waldman sentence in installments, and who is responsible for this current error of my being illegally detained? Why am I not under primary jurisdiction of Judge Waldman's sentence and is my federal probation time running? The Nunc Pro Tunc issued under 3621 (b) is an order that should be respected and carried out like any other order.

The BOP released me to a detainer and refused to check into the matter, or make an attempt to correct it, or take a thorough look at the sentence ordered by Judge Waldman.

Until these errors are corrected, can you please assist me by sending a copy of the 3621 (b) order to me, and to Joseph Chiaramonto, Records Specialist here a SCI Waymart.

I have enclosed a copy of the warrant to

commit and detain for which the Nunc Pro
June order non concurrent to. Took forward
to your response soon.

Signed
Mr. Derrick Williams

C.C.
Honorable Berle M. Schiller
United States District Court (Clerk's office)
James A. Byrne Federal Courthouse
601 Market Street, Room 2609
Phila, Pa 19106-1797