UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF
SUPERVISION WITH THE CONSENT OF THE OFFENDER
(Probation Form - Waiver of Hearing is Attached)

**Offender Name:** Derrick Williams    **Case No.:** 94CR-462-01

**Name of Sentencing Judicial Officer:** The Honorable Jay C. Waldman

**Date of Original Sentence:** December 6, 1996

**Original Offense:** Possession of cocaine base with intent to distribute (Counts One, Three, Five, and Six); possession of a firearm during a drug trafficking offense (Count Four); and possession of a firearm by a previously convicted felon (Counts Six and Seven).

**Original Sentence:** Custody of the U.S. Bureau of Prisons for a period of 270 months, to be followed by a five year term of supervised release. A $300.00 special assessment was also imposed.

**Special Conditions:** The defendant shall participate in any counseling or vocational training program that the probation office deems appropriate.

**Judicial Reassignment:** On July 23, 2004, this case was reassigned from the calendar of the late Honorable Jay C. Waldman to the calendar of the Honorable Berle M. Schiller.

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** September 15, 2016

**U. S. Attorney's Response:** No Objections X    Objections _    No Response _

---

## PETITIONING THE COURT

Due to the defendant's substance abuse history, it is respectfully recommended that the conditions of release be modified to include a drug aftercare condition. The defendant has a history of substance abuse which includes snorting cocaine and smoking cocaine. The condition will allow the probation office to properly monitor the defendant through urinalysis and refer to him to treatment should the need arise.

Mr. Williams was given the option of discussing this matter with an attorney prior to signing the modification. The defendant was also advised of his right to request a hearing if he did not agree with the modification. Having acknowledged his rights, the defendant declined the offer to confer with his attorney, and waived his right to a hearing before the Court.

On October 25, 2016, this case was discussed with Assistant U.S. Attorney Anita Eve, who voiced no objections to the proposed modification.

☒

To modify the conditions of supervision as follows:

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall participate in drug treatment and abide by the rules of any such program until satisfactorily discharged.

Respectfully submitted,

Matthew R. MacAvoy, Chief
U.S. Probation Officer

*James D. Muth*

Kenneth M. Bergmann
Sr. U.S. Probation Officer

Approved:

*James D. Muth*

James D. Muth
Supervising U.S. Probation Officer
Date: 10-27-16

KMB

**ORDER OF THE COURT**

Considered and ordered this _____ day of _____ and ordered filed and made part of the records in the above case.

_____
U.S. District Court Judge

(PAEP 12/09)

## UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF PENNSYLVANIA

### NOTICE FOR MODIFICATION OF SUPERVISION CONDITIONS

TO: Derrick Williams                              Case Number 94-CR2462-01

This is to notify you that the U.S. Probation Office intends to make a formal request to the Court that the conditions of supervision be modified as follows:

**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall participate in drug treatment and abide by the rules of any such program until satisfactorily discharged.**

The reason for this modification is:

**Based on the defendant's past history of substance abuse, this officer is proposing that the above noted treatment condition be added to the conditions of the defendant's releasee. By having this condition in place our office would have the ability to place the defendant in treatment should the need ever arise.**

You have the right to a hearing before the Court on the modification of the conditions of supervision, and the right to be represented by counsel at such hearing. You also have the right to waive such a hearing. You are asked to acknowledge receipt of this notice by signing the applicable portion of this form.

If you desire a hearing, simply sign the ACKNOWLEDGMENT AND REQUEST FOR HEARING portion of the form. You will be notified of the time, date, and location of the hearing.

If you wish to waive a hearing, sign the ACKNOWLEDGMENT AND WAIVER portion of the form.

## ACKNOWLEDGMENT AND REQUEST FOR HEARING

I, Derrick Williams, acknowledge receipt of the Notice for Modification of Supervision Conditions, and request a hearing.

Signature _____   Witness _____
                                                          U.S. Probation Office

Date: _____

## ACKNOWLEDGMENT AND WAIVER OF HEARING

I Derrick Williams, acknowledge receipt of this Notice for Modification of Supervision Conditions. I have read and understand this Notice, that I have the right to a hearing before the Court, and the right to have legal representation at the hearing. However, I hereby waive my right to a hearing and agree to the proposed modification of the conditions of supervision. I also certify that no promises have been made in order to influence me to give up my right to a hearing, nor have any threats been directed at me if I had elected to proceed with a hearing.

Signature *Derrick Williams*   Witness *[signature]*
                                                          U.S. Probation Office

Date: 10/25/16